IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 09-25 Erie |
| | ) |
| CHAD ZACHARY HOWER | ) **(Under Seal)** |

### O R D E R

AND NOW, to wit, this 12 day of May, 2009, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant Chad Zachary Hower.

Bond shall be set by the United States Magistrate Judge.

_Susan Paradise Baxter_
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney



FILED

MAY 12 2009

CLERK  US DIST COURT
WEST. DIST. OF PENNSYLVANIA