IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09-cr-00025 |
| | ) | |
| CHAD ZACHARY HOWER | ) | |

**O R D E R**

AND NOW, this 6th day of April, 2011, it appearing to the Court that further proceedings cannot be held in the above case for the reason that the defendant is a fugitive,

IT IS HEREBY ORDERED that the above case be and the same is hereby returned to the Clerk until such time as action by the Court may be required.

   s/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge