# HCMD URGENT CARE CLINIC & DOCTORS' OFFICES
P.O. BOX 2240
LIMEKILN COMMERCIAL DEVELOPMENT, BASSETERRE
MAIN STREET, NEWTON GROUND
ST. KITTS, W.I.
TEL. (869) 766-9878 / 669-9977

29th December 2021

## TO WHOM IT MAY CONCERN

This is to certify that Mr Peter Chevozerov is my patient whom I have seen and examined on several occasions since 2019. As a result, he is known to have a medical history of: 1) Irritable Bowel Syndrome (IBS) 2) Non-Alcoholic Fatty Liver Disease (NAFLD) 3) Cholelethiasis 4) Hydronephrosis of the Left Kidney.

The aforementioned illnesses have culminated to provoke a series of painful crises which continues to prove difficult to manage.
Mr Chevozerov has continuously had several rounds of analgesics of varying classifications without much success. He has also had surgical intervention(s) but continues to form lithiases in the kidneys.

Consequently it is recommended that he seeks further specialized medical attention, with frequent follow-ups and observation. Transportation to a medical facility with targeted medical treatments for him, including air ambulance support would be beneficial.

Please feel free to contact me if any questions or queries. Any courtesies afforded to him would be greatly appreciated.

Regards

Dr. Norgen Wilson M.B.B.S, M.D.

EXHIBIT E